463 A.2d 62

Donley v. Donley, Appellant.

Submitted March 22, 1983. Donald B. Swope, for appellant; John R. Gailey, Jr., for appellee.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

Order affirmed.